AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

FEB 0 3 2015

for the

Southern District of Texas

Clerk of Court

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-15-0169-M |
| MUNOZ, Enrique | ) | |
| YOB: 1964 | ) | |
| United States Citizen | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _2/2/2015_ in the county of _Starr_ in the _Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 841 (a)(1) | Knowingly and intentionally possess, with intent to distribute approximately 307.27 kilograms of marijuana, a Schedule I Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

On February 2, 2015, United States Border Patrol (USBP) Agents assigned to the Rio Grande City Station were conducting an operation near Fronton, Texas.  At approximately 1:30 p.m., USBP Agent Gilberto Salinas was stationary inside Cenizo Ranch scanning an area known to Agents as the lower fields of Fronton with binoculars.

☑ Continued on the attached sheet.

_Complainant's signature_

Erik Lambel, Special Agent, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _2/3/2015_

_Judge's signature_

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
_Printed name and title_

### ATTACHMENT A

At approximately 1:40 p.m., Agent Salinas was able to see a gray Jeep
SUV driving away from the Rio Grande River across the lower fields of
Fronton at a high rate of speed. Based on Agent Salinas' experience as
a Border Patrol Agent, this type of vehicle and the speed it was
traveling was consistent with that of a possible narcotics load
vehicle. The vehicle continued to drive across the lower fields of
Fronton until arriving to F.M. 650. At this time the vehicle started
to head north on F.M. 650. Agent Salinas proceeded to exit Cenizo
Ranch and head south on F.M. 650. As Agent Salinas headed south on
F.M. 650, he noticed the gray Jeep Grand Cherokee bearing TX LP's DMV
5406 heading north. As Agent Salinas and the Jeep crossed paths,
Agent Salinas observed what appeared to be a bundle of marijuana
wrapped in clear cellophane tape in the front passenger seat vehicle.
Based on that observation, Agent Salinas decided to turn around to
conduct a vehicle stop. As Agent Salinas turned his service vehicle
around to conduct a vehicle stop, Agent Salinas observed the Jeep
Grand Cherokee come to an abrupt stop. Agent Salinas pulled up to the
Jeep Cherokee and observed the driver exit his vehicle, place his
hands in the air, and laid down prone on the ground. Agent Salinas
exited his Service unit and placed the suspect in handcuffs. Agent
Salinas observed the vehicle was loaded with narcotics. Agent Salinas
relayed this information to surrounding Agents as he secured the
driver. Additional Border Patrol Agents arrived to the scene and
assisted in securing the driver, identified as Enrique MUNOZ and the
narcotics. A search of the brush conducted for additional narcotics
turned up negative. Border Patrol Agents transported MUNOZ and the
narcotics to the Rio Grande City Border Patrol Station for processing.
Upon arriving at the Rio Grande Station, USBP Agents weighed (35)
thirty-five bundles of marijuana wrapped in clear cellophane tape
weighing approximately 307.27 kilograms.

On February 2, 2015, DEA Special Agent Joseph Behlke was contacted
regarding the arrest of MUNOZ and seizure of marijuana. At
approximately 5:30 p.m., SA's Joseph Behlke, Eric Benavides and Erik
Lambel responded to the USBP Rio Grande City Border Patrol Station and
were advised of the details regarding the case. At approximately 5:37
p.m., SA Erik Lambel read Enrique MUNOZ his Miranda rights as
witnessed by SAs Behlke and Benavides. At this time MUNOZ stated he
understood his rights and agreed to make a statement. MUNOZ stated he
was driving home from visiting his friends in Fronton when he observed
bundles of marijuana lying in the Fronton cemetery. MUNOZ stated he
loaded his vehicle with the marijuana bundles and intended to sell it
locally. MUNOZ stated he filled his truck bed with the bundles but
some were still left at the cemetery when he departed. MUNOZ stated he
was going to drive the marijuana to his residence in Roma, Texas when
Border Patrol stopped him. MUNOZ stated that he borrowed the vehicle

from a friend approximately a week prior to his arrest. MUNOZ
indicated this was his first time transporting marijuana.